**Order filed December 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00800-CV
_____

## IN THE INTEREST OF M.L.G.J., T.M.J., T.L.W.JR., M.A.J., T.P.R.J., B.W.D. III, M.R.J., L.C.J., CHILDREN

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2013-03157J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due December 2, 2014. No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order appointed

counsel, William M. Thursland, to file appellant's brief no later than December 12, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.


PER CURIAM